IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DEWAYNE CRAWFORD**                                                                                      **PLAINTIFF**

v.                               Case No. 4:22-cv-01105-LPR

**EDWARDS, Captain,**
**White County Detention Center, et al.**                                                  **DEFENDANTS**

## JUDGMENT

Pursuant to today's Order, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's Complaint is DISMISSED without prejudice. The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that an *in forma pauperis* appeal from this Judgment or the underlying Order would not be taken in good faith.

IT IS SO ADJUDGED this 28th day of February 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE